535 A.2d 1052

**In the Matter of the Application of Leroy S. ZIMMERMAN, Attorney General of the Commonwealth of Pennsylvania, For an Order Authorizing the Interception of Wire Communications.**

**Appeal of UNITED STATES of America (at No. 81) and LeRoy S. Zimmerman (at No. 82).**

Supreme Court of Pennsylvania.

Argued Jan. 20, 1988.

Decided Jan. 22, 1988.

J. Alan Johnson, U.S. Atty., Judith K. Fitzgerald, Constance M. Bowden, Asst. U.S. Attys., Pittsburgh, for appellant in No. 81.

LeRoy S. Zimmerman, Atty. Gen., Andrea F. McKenna, Andrew B. Kramer, Deputy Attys. Gen., Harrisburg, for appellant in No. 82.

Leonard G. Ambrose, III, Erie, for DiLoreto at Nos. 81 & 82.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Order affirmed.